**Summons**

**Attachment A**

| DEFENDANT | ADDRESS |
|---|---|
| Internet Archive | c/o Christopher Butler<br>300 Funston Avenue<br>San Francisco, CA 94118 |
| Brewster Kahle | 513b Simonds Loop<br>San Francisco, CA 94128 |
| Kahle/Austin Foundation | c/o Meikle Hall<br>513b Simonds Loop<br>San Francisco, CA 94128 |
| George Blood | 21 W Highland Ave<br>Philadelphia, PA  19118-0 |
| George Blood, L.P. | 21 W Highland Ave<br>Philadelphia, PA  19118-0 |