AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UMG RECORDINGS, INC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 23-cv-7133 |
| INTERNET ARCHIVE et al | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music                                                                 .

Date:  08/11/2023

/s/ Corey Miller
*Attorney's signature*

Corey Miller; 4967709
*Printed name and bar number*

4530 Wisconsin Ave NW, 5th Floor
Washington, DC 20016

*Address*

corey@oandzlaw.com
*E-mail address*

(202) 597-5043
*Telephone number*

*FAX number*

Print   Save As...   Reset