AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| UMG RECORDINGS, INC et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-7133 |
| INTERNET ARCHIVE et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music             .

Date:   08/11/2023

/s/ Danae Tinelli
*Attorney's signature*

Danae Tinelli; 5732722
*Printed name and bar number*

4530 Wisconsin Ave NW, 5th Floor
Washington, DC 20016

*Address*

danae@oandzlaw.com
*E-mail address*

(202) 851-4070
*Telephone number*

*FAX number*

Print    Save As...    Reset