## AFFIDAVIT OF SERVICE

| Case: 23-cv-7133 | Court: United States District Court for the Southern District of New York | County: | Job: 9398103 |
|---|---|---|---|
| **Plaintiff / Petitioner:** UMG Recordings, Inc., et al. | | **Defendant / Respondent:** Internet Archive, et al. | |
| **Received by:** Lindon Lilly | | **For:** Oppenheim + Zebrak, LLP | |
| **To be served upon:** Brewster Kahle | | | |

I, Lindon Lilly , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Brewster Kahle , 513b Simonds Loop, San Francisco, CA 94128
**Manner of Service:**   Substitute Service - Abode, Aug 20, 2023, 12:18 pm PDT
**Documents:**   2023.08.14 Doc 08 Issued Electronic Summons Issued as to George Blood, Et al, 2023.08.11 Doc 1-1 Ex A to Complaint, 2023.08.11 Doc 1 Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Aug 18, 2023, 6:37 pm PDT at 513b Simonds Loop, San Francisco, CA 94128
No answer at the residence.

2) Unsuccessful Attempt: Aug 19, 2023, 9:11 am PDT at 513b Simonds Loop, San Francisco, CA 94128
No answer at the residence.

3) Unsuccessful Attempt: Aug 19, 2023, 7:03 pm PDT at 513b Simonds Loop, San Francisco, CA 94128
No answer at the residence.

4) Successful Attempt: Aug 20, 2023, 12:18 pm PDT at 513b Simonds Loop, San Francisco, CA 94128 received by Brewster Kahle .
Anna Smith/Occupant- (Caucasian female, 30 years old, 160 pounds, 5 feet 6 inches, brown hair, brown eyes)

5) Mailing: Aug 21, 2023, to Brewster Kahle at 513b Simonds Loop, San Francisco, CA 94128.

**Fees:**   $

*Lindon Lilly* (signature)                                    08/22/2023
Lindon Lilly                                                              Date
#PS-537 San Mateo

Rhino Investigations and Process Serving
421 Grand Avenue Suite A
South San Francisco, CA 94080
833-711-3400