



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

UMG Recordings, Inc., et al.

-VS-

Internet Archive, et al.

**COURT** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CASE NUMBER** 23-cv-7133

# AFFIDAVIT

State of  Pennsylvania
County of   Philadelphia

**B&R Control #**  PS200216.03

**Reference Number**

     Ron Stein, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

     On 8/22/2023 we received the **Summons in a Civil Action with Attachment A, Civil Action Complaint with Demand for Jury Trial, Exhibit A** and that service was effected upon **George Blood** at **502 W OFFICE CENTER DRIVE, FORT WASHINGTON, PA 19034** on **8/24/2023** at **10:32 AM**, in the manner described below:

     **By service upon:** ROSE CHIANGO, AUTHORIZED PERSONNEL as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **FEMALE**    Race/Skin: **WHITE**    Age: **30 - 40 Yrs.**    Weight: **131-160 Lbs.**    Height: **5ft4in - 5ft8in**
Hair: **BROWN**    Glasses:**No**    Other:

Service Notes:

Commonwealth of Pennsylvania - Notary Seal
Brenda M. Ravenell, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

*28th August 2023*

*Brenda Ravenell*

**I verify that the statements made in this affidavit are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.**

**Process Server/Sheriff**

ATTEMPTS:

Client    Phone (202) 480-2999    :    **Filed Date:** 08/14/2023    **BR Serve By:** 08/24/2023

Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenune, NW, 5th Floor
Washington, DC 20016



ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York ▾

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC <br><br> *Plaintiff(s)* <br><br> v. <br><br> INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 23-cv-7133 ) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment A

George Blood
502 W Office Center Drive
Fort Washington, PA 19034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/14/2023



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    George Blood

was received by me on *(date)*   08/22/2023   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Rose Chiango, authorized personnel, who is

designated by law to accept service of process on behalf of *(name of organization)*   George

Blood    on *(date)*   08/24/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   08/28/2023

_____
*Server's signature*

Ron Stein , Process Server
*Printed name and title*

235 South 13th Street, Philadelphia PA
*Server's address*
    19107

Additional information regarding attempted service, etc:

PS300216.03