AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-7133

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kahle/Austin Foundation, c/o CT Corporation System, R/A was received by me on *(date)* 08/24/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeff Miner, as Service of Process Representative, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System Registered Agent for entity named above.   At: 11:47am   on *(date)* 08/24/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 115.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:  08/25/2023

*Server's signature*

Greg Schermerhorn-Pierce County Reg. # 29178
*Printed name and title*

Sting Ray Legal Services, Inc.
2117 104th Avenue East, Unit R-301
Edgewood, WA  98372
*Server's address*

Additional information regarding attempted service, etc:
Served at:  CT Corporation System, 711 Capitol Way South, Suite 204, Olympia, WA  98501
Served on 8/24/23 at 11:47am
Description of person served:  40, white, male, 6'3", 260 pounds, short red hair.

******Also served Complaint with Exhibit A*****

Print    Save As...    Reset