## AFFIDAVIT OF SERVICE

| Case: 23-cv-7133 | Court: United States District Court for the Southern District of New York | County: | Job: |
|---|---|---|---|
| **Plaintiff / Petitioner:** UMG Recordings, Inc., et al. | | **Defendant / Respondent:** Internet Archive, et al. | |
| **Received by:** Lindon Lilly | | **For:** Oppenheim + Zebrak, LLP | |
| **To be served upon:** Internet Archive | | | |

I, Lindon Lilly , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Internet Archive, 18 Westdale Ave, Daly City, CA 94015
**Manner of Service:**   Authorized, Aug 25, 2023, 4:00 pm PDT
**Documents:**   2023.08.11 Doc 1-1 Ex A to Complaint, 2023.08.14 Doc 08 Issued Electronic Summons Issued as to George Blood, Et al, 2023.08.11 Doc 1 Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Aug 18, 2023, 3:52 pm PDT at 300 Funston Avenue, San Francisco, CA 94118
Per Signage on door...
Service of Process to serve via email to:
butler@archive.org
Office Mgr., Christopher Butler

2) Unsuccessful Attempt: Aug 23, 2023, 4:35 pm PDT at 300 Funston Avenue, San Francisco, CA 94118
No answer at business.

3) Unsuccessful Attempt: Aug 24, 2023, 10:30 am PDT at 300 Funston Avenue, San Francisco, CA 94118
No answer at business.
Per Christopher Butler "you can serve this at my house at 18 Westdale Ave Daly City CA 94015"

4) Successful Attempt: Aug 24, 2023, 4:00 pm PDT at 18 Westdale Ave, Daly City, CA 94015 received by Christopher Butler. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 6'1"; Hair: Brown; Eyes: Brown; Relationship: Agent for Service

**Fees:**   $

*Lindon Lilly*   08/29/2023

Lindon Lilly                          Date
#PS-537 San Mateo

Rhino Investigations and Process Serving
421 Grand Avenue Suite A
South San Francisco, CA 94080
833-711-3400