**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendants. | Civil Action No.  23-cv-7133-LGS |

## <u>CERTIFICATE OF SERVICE</u>

I, Danae Tinelli, counsel for Plaintiffs, hereby declare that on August 31, 2023, I caused the August 15, 2023 Order (ECF No. 10) and the Court's Individual Rules and Procedures to be served on Defendants as follows: (1) via email on counsel for Defendants George Blood and George Blood, L.P.; (2) via email on counsel for Defendant Internet Archive; (3) via U.S. Mail to Defendant Brewster Kahle's physical address; and (4) via U.S. Mail to Defendant Kahle/Austin Foundation's registered agent.

Dated: August 31, 2023

Respectfully submitted,

 */s/ Danae Tinelli*

Matthew J. Oppenheim
Corey Miller
Danae Tinelli

1

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel:  202-480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

*Attorneys for Plaintiffs*