UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>　　　　　　　Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P. in the above-captioned action:

　　　　　　　　　　　　　　　　Allison L. Stillman
　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10020-1300
　　　　　　　　　　　　　　　　Tel: (212) 906-1200
　　　　　　　　　　　　　　　　Fax: (212) 751-4864
　　　　　　　　　　　　　　　　Email: alli.stillman@lw.com

Dated: September 8, 2023　　　　　　　　Respectfully Submitted,
　　　New York, New York

　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**

　　　　　　　　　　　　　　　　/s/ Allison L. Stillman
　　　　　　　　　　　　　　　　Allison L. Stillman
　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10020-1300
　　　　　　　　　　　　　　　　Tel: (212) 906-1200
　　　　　　　　　　　　　　　　Fax: (212) 751-4864
　　　　　　　　　　　　　　　　Email: alli.stillman@lw.com

*Counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P.*