UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>　　　　　　　　　Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P. in the above-captioned action:

　　　　　　　　　　　　　　　　Dennis Mai
　　　　　　　　　　　　　　　　12670 High Bluff Drive
　　　　　　　　　　　　　　　　San Diego, CA 92130
　　　　　　　　　　　　　　　　Tel: (858) 523-5400
　　　　　　　　　　　　　　　　Fax: (858) 523-5450
　　　　　　　　　　　　　　　　Email: dennis.mai@lw.com

| | |
|---|---|
| Dated: September 8, 2023<br>　　　　San Diego, CA | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Dennis Mai<br>Dennis Mai<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Tel: (858) 523-5400<br>Fax: (858) 523-5450<br>Email: dennis.mai@lw.com |

2

*Counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P.*