**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>　　　　　　　　Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew M. Gass, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P. in the above-captioned matter.

　　　I am a member in good standing of the Bar of the State of California, and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: September 8, 2023<br>San Francisco, CA | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Andrew M. Gass<br>Andrew M. Gass<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 391-0600<br>Fax: (415) 395-8095<br>Email: andrew.gass@lw.com<br><br>*Counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P.* |