UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>　　　　　　　　Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** <u>***PRO HAC VICE***</u> |

　　　　The motion of Andrew M. Gass for admission to practice *pro hac vice* in the above-captioned matter is granted.

　　　　Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

　　　　Applicant's Name: <u>Andrew M. Gass</u>

　　　　Firm Name: <u>Latham & Watkins LLP</u>

　　　　Address: <u>505 Montgomery Street, Suite 2000</u>

　　　　City/State/Zip: <u>San Francisco, California 94111</u>

　　　　Telephone: <u>(415) 391-0600</u> / Fax: <u>(415) 395-8095</u>

　　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P. in the above-captioned matter;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2023

_____
United States District Judge Lorna G. Schofield