# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>      Plaintiffs,<br><br> v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>      Defendants. | CASE NO. 1:23-CV-07133-LGS |

## <u>AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION</u>

I, Jessica Elaine Lanier, declare under penalty of perjury that: I am in good standing of the bar of the State of California and the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto as **Exhibit A**.

A true and correct copy of my certificate of good standing issued by the Commonwealth of Massachusetts within the past 30 days is attached hereto as **Exhibit B**.

Date: September 11, 2023                    Respectfully submitted,


                                            /s/ Jessica E. Lanier
                                            Jessica E. Lanier
                                            Conrad | Metlitzky | Kane LLP
                                            Four Embarcadero Center, Suite 1400
                                            San Francisco, CA 94111
                                            Telephone:     (415) 343-7100
                                            Email: jlanier@conmetkane.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                   */s/ Jessica E. Lanier*
                                   JESSICA E. LANIER

# Exhibit A



## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *JESSICA ELAINE LANIER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSICA ELAINE LANIER, #303395, was on the 2ND day of June 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 8th day of September 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
*Florentino Jimenez, Deputy Clerk*

# Exhibit B

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on     **November 22, 2013**,

said Court being the highest Court of Record in said Commonwealth:

## Jessica Elaine Lanier

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **eighth**   day of   **September**



in the year of our Lord **two thousand and twenty-three.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.