UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 1:23-CV-07133-LGS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

I, Jessica Elaine Lanier, declare under penalty of perjury that: I am in good standing of the bar of the State of California and the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

A true and correct copy of my certificate of good standing issued by the Supreme Court of California within the past 30 days is attached hereto as **Exhibit A**.

A true and correct copy of my certificate of good standing issued by the Commonwealth of Massachusetts within the past 30 days is attached hereto as **Exhibit B**.

1

Date: September 12, 2023              Respectfully submitted,

_____
Jessica E. Lanier
Conrad | Metlitzky | Kane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 343-7100
Email: jlanier@conmetkane.com

# ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of <u>California</u> }

County of <u>San Francisco</u> }

On <u>September 12, 2023</u> before me, <u>Cheryl Meril, Notary Public</u>,
(Here insert name and title of the officer)

personally appeared <u>Jessica F. Lanier</u>, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____      (Notary Public Seal)
Notary Public Signature

[SEAL: CHERYL MERIL, COMM. # 2333265, SAN FRANCISCO COUNTY, NOTARY PUBLIC-CALIFORNIA, MY COMMISSION EXPIRES OCTOBER 03, 2024]

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

<u>Affidavit in Support of</u>
(Title or description of attached document)
<u>Motion for Pro Hac Vice Admission</u>
(Title or description of attached document continued)

Number of Pages <u>3</u>   Document Date <u>—</u>

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☒ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☒ Other <u>Attorney</u>

**INSTRUCTIONS FOR COMPLETING THIS FORM**
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

/s/ *Jessica E. Lanier*
JESSICA E. LANIER

# Exhibit A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*JESSICA ELAINE LANIER*</u>

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSICA ELAINE LANIER, #303395, was on the 2ND day of June 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of September 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Deputy Clerk

# Exhibit B

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 22, 2013**, said Court being the highest Court of Record in said Commonwealth:

## Jessica Elaine Lanier

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **eighth** day of **September**

in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.