UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>      Plaintiffs,<br><br> v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>      Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Jessica Elaine Lanier for admission to practice pro hac vice in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the stares of California and Massachusetts; and that her contact information is as follows:

> Jessica E. Lanier
> Conrad | Metlitzky | Kane LLP
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> Telephone:     (415) 343-7100
> Facsimile:     (415) 343-7101
> Email: jlanier@conmetkane.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Kahle/Austin Foundation in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                 United States District

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Jessica E. Lanier*
JESSICA E. LANIER