UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of Mark Russell Conrad for admission to practice pro hac vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    Mark R. Conrad
    Conrad | Metlitzky | Kane LLP
    Four Embarcadero Center, Suite 1400
    San Francisco, CA 94111
    Telephone:    (415) 343-7102
    Facsimile:    (415) 343-7101
    Email: mconrad@conmetkane.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Kahle/Austin Foundation in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>*/s/ Mark R. Conrad*
>MARK R. CONRAD