UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>    Defendants. | CASE NO. 1:23-CV-07133-LGS<br><br>**DEFENDANT KAHLE-AUSTIN FOUNDATION'S NOTICE OF APPEARANCE OF MARK R. CONRAD** |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Mark R. Conrad, of the law firm Conrad | Metlitzky | Kane LLP, hereby enters his appearance as counsel for Defendant Kahle/Austin Foundation in the above-captioned action, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided and served upon:

> Mark R. Conrad (CA Bar No. 255667)
> mconrad@conmetkane.com
> **CONRAD | METLITZKY | KANE LLP**
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> Telephone: (415) 343-7102
> Fax: (415) 343-7101

DATED: October 4, 2023                     Respectfully submitted,

                                                  **CONRAD | METLITZKY | KANE LLP**


                                                 */s/ Mark R. Conrad*
                                                 Mark R. Conrad

                                               *Attorney for Defendant Kahle/Austin Foundation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Mark R. Conrad*
Mark R. Conrad
