UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant. | Civil Action No. 23-cv-7133 |

**PLAINTIFFS' NOTICE OF CORRECTED FILINGS**

Please take notice that attached hereto are corrected filings of Plaintiffs' Response to Internet Archive, Kahle, Blood, and George Blood L.P.s Pre-Motion Letter (ECF No. 39) and Plaintiffs Response to the Kahle-Austin Foundations Pre-Motion Letter (ECF No. 40).

Dated: October 12, 2023

OPPENHEIM + ZEBRAK, LLP

 /s/ Danae Tinelli
Matthew J. Oppenheim
Corey Miller
Danae Tinelli
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel:  202-480-2999
matt@oandzlaw.com
corey@oandzlaw.com
danae@oandzlaw.com

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, I caused the foregoing documents to be filed electronically using the CM/ECF system.

*/s/ Danae Tinelli*