UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>                        Plaintiffs,<br><br>    v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>                        Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>NOTICE OF MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brent T. Murphy, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P. in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and the Bar of the Commonwealth of Virginia and certificates of good standing are attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: October 13, 2023
       Washington, D.C.

LATHAM & WATKINS LLP

/s/ *Brent T. Murphy*
Brent T. Murphy
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
brent.murphy@lw.com

*Attorney for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P.*