**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>                    Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>                    Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>**DECLARATION OF BRENT T. MURPHY IN SUPPORT OF MOTION TO APPEAR** *PRO HAC VICE* |

I, Brent T. Murphy, declare as follows:

1. I am an associate of the law firm of Latham & Watkins LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the District of Columbia and was admitted on August 12, 2021.

4. I am a member in good standing of the bar of the Commonwealth of Virginia and was admitted on December 5, 2018.

5. I attach a certificate of good standing from the District of Columbia Court of Appeals and from the Supreme Court of Virginia, which were issued within thirty days of this filing, as Exhibit A to my motion for admission *pro hac vice*.

6. I have never been convicted of a felony or been the subject of any criminal conviction.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P.

Dated: October 13, 2023

/s/ *Brent T. Murphy*<br>Brent T. Murphy