

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Brent Thomas Murphy*

was duly qualified and admitted on August 12, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 04, 2023.*

JULIO A. CASTILLO
Clerk of the Court

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Brent Thomas Murphy

was admitted to practice as an attorney and counsellor at the bar of this Court on December 5, 2018.

I further certify that so far as the records of this office are concerned, Brent Thomas Murphy is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 10th day of October
A.D. 2023

By: *[signature]*
Deputy Clerk