UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.,<br><br>Defendants. | Case No. 23-cv-7133-LGS-JW<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* |

The motion of Brent T. Murphy for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

    Applicant's Name:  Brent T. Murphy

    Firm Name: Latham & Watkins LLP

    Address: 555 Eleventh Street, N.W., Suite 1000

    City/State/Zip: Washington, D.C. 20004

    Telephone/Fax: (202) 637-2200 / (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood, L.P. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                              U.S. District Judge Lorna G. Schofield