UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD L.P.,<br><br>　　*Defendants*. | Case No. 1:23-cv-07133-LGS-JW<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Brewster Kahle dated November 1, 2023, and the accompanying Memorandum of Law dated November 1, 2023, the undersigned hereby move this Court on behalf of Defendants Internet Archive, Brewster Kahle, George Blood, George Blood L.P., and Kahle/Austin Foundation before the Honorable Lorna G. Schofield, in Courtroom 1106 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, for an order granting Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a), and for such other and further relief as the Court deems just and proper.

Dated: November 1, 2023
New York, New York

                Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Allison L. Stillman*
Allison L. Stillman
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: alli.stillman@lw.com

Andrew M. Gass (*pro hac vice*)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: andrew.gass@lw.com

Dennis Mai
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Fax: (858) 523-5450
Email: dennis.mai@lw.com

Brent T. Murphy (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: brent.murphy@lw.com

*Attorneys for Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.*

CONRAD | METLITZKY | KANE LLP

*/s/ Jesse Lanier\**
Jesse Lanier
Mark Conrad
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: jlanier@conmetkane.com
       mconrad@conmetkane.com

*Attorneys for Defendant Kahle/Austin Foundation*

---

\* Defendants use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.