UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC, CAPITOL RECORDS, LLC, CONCORD BICYCLE ASSETS, LLC, CMGI RECORDED MUSIC ASSETS LLC, SONY MUSIC ENTERTAINMENT, and ARISTA MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>INTERNET ARCHIVE, BREWSTER KAHLE, KAHLE/AUSTIN FOUNDATION, GEORGE BLOOD, and GEORGE BLOOD, L.P.<br><br>Defendant. | Civil Action No. 23-cv-7133 (LGS) |

**DECLARATION OF COREY MILLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

I, Corey Miller, hereby declare, pursuant to 28 US.C. § 1746, as follows:

1. I am an associate at Oppenheim + Zebrak, LLP ("O+Z"), which represents Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Concord Bicycle Assets, LLC, CMGI Recorded Music Assets LLC, Sony Music Entertainment, and Arista Music (collectively, "Plaintiffs") in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Transfer Venue. I have knowledge of the facts stated herein based on personal knowledge and my review of the documents and other items referenced herein. If called upon to do so, I am able to testify competently to the matters set forth below.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' Initial Disclosures served on November 1, 2023.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P.'s Initial Disclosures served on November 1, 2023.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of Defendants Kahle/Austin Foundation's Initial Disclosures served on November 1, 2023.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of a printout from Amtrak showing trains from Philadelphia, PA (PHL) to New York, NY (NYP) taking approximately one hour and 30 minutes.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of a printout from Google Flights showing flights from Philadelphia, PA (PHL) to San Francisco, CA (SFO) taking approximately 6 hours.

8.     Attached hereto as **Exhibit 6** is a true and correct copy of the webpage located at https://www.georgeblood.com/references.

9.     Attached hereto as **Exhibit 7** is a true and correct copy of the webpage located at https://www.georgeblood.com/projects.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Corey Miller*
COREY MILLER

Executed on this 15th day of November 2023.