# EXHIBIT 4

*UMG Recordings, Inc. et al. v. Internet Archive et al.*
23-cv-7133 (LGS) (S.D.N.Y.)

Page 1
Schedule Results | Amtrak
https://www.amtrak.com/tickets/schedule-results.html



# Philadelphia, PA (PHL) → New York, NY (NYP) Timetable

**Departure Date**
Fri, Nov 10

Sort/Filter ⌄

## Available Trips



| Train | | DEPARTS | | ARRIVES | |
|---|---|---|---|---|---|
| 66 Northeast Regional | | 12:11a | Daily / 1h 46m | 1:57a | Details ▾ |
| 190 Northeast Regional | | 5:59a | Mo-Fr / 1h 28m | 7:27a | Details ▾ |
| 640 Keystone Service | | 7:00a | Mo-Fr / 1h 25m | 8:25a | Details ▾ |
| 170 Northeast Regional | | 7:06a | Mo-Fr / 1h 27m | 8:33a | Details ▾ |
| 2152 Acela | | 7:32a | Mo-Fr / 1h 20m | 8:52a | Details ▾ |
| 642 Keystone Service | | 8:03a | Mo-Fr / 1h 25m | 9:28a | Details ▾ |

Captured by FireShot Pro: 10 November 2023, 13:23:13
https://getfireshot.com