# EXHIBIT 6

*UMG Recordings, Inc. et al. v. Internet Archive et al.*
23-cv-7133 (LGS) (S.D.N.Y.)



# Resources

- ARTICLES
- **REFERENCES**
- PRESENTATIONS
- WEBLIOGRAPHY
- DOWNLOADS

## OUR PARTNERS ARE SO IMPORTANT AND WE ACCOMPLISH A LOT TOGETHER. THESE ARE INDIVIDUALS WHO CAN DISCUSS THE REFORMATTING WORK WE HAVE COMPLETED AS THEIR PARTNERS IN PRESERVATION.

The following does not necessarily reflect an endorsement by any of the institutions listed.



https://www.bso.org/

**BRIDGET CARR, ARCHIVIST**
**BOSTON SYMPHONY ORCHESTRA**

*Reformat from analog reel-to-reel tapes to 96/24 on DVD-ROM, CD-DA for Preservation and Access, custom graphics*
(617) 638-9434
bcarr@bso.org



**LISA KAHLDEN**
**NEW WORLD RECORDS**

*Digitize analog album masters for entire CRI catalog for preservation, CD-on-demand, and download*
(646) 442-7929
lkahlden@newworldrecords.org

http://www.newworldrecords.org/



**SULIANG FENG**
**NASHVILLE PUBLIC LIBRARY**

Now at Markham Public Library, formerly at NPL
(905) 513-7977
SFeng@markham.library.on.ca
http://www.library.nashville.org/



**PATRICE SLATTERY, ARCHIVIST**
**UNIVERSITY OF NORTH CAROLINA SCHOOL OF THE ARTS**

Multi-year conversion from many analog formats to CD-R, 25 years of archives Coordinate labeling to be MARC-compliant
(336) 770-3272
slatteryp@uncsa.edu
http://www.uncsa.edu/



**DAVID SEUBERT, CURATOR OF PERFORMING ARTS**
**UNIVERSITY OF CALIFORNIA SANTA BARBARA**

Reformat 700 reels of conference proceedings and other materials
(805) 893-5444
seubert@library.ucsb.edu
https://www.ucsb.edu/

**JENNY STONE**
**DALLAS MUSEUM OF ART**

214) 922-1307
JStone@DallasMuseumofArt.org
http://www.dallasmuseumofart.org/



**CYNTHIA KOROLOV, ARCHIVIST**
**DETROIT SYMPHONY ORCHESTRA**

*Digitize entire broadcast archive from ¼" reel to 96/24 files with embedded metadata, CD-Audio and MP3 with ID3 tags*

(313) 576-5081

ckorolov@dso.org



**ANDREW THOMAS, PRESERVATION DIVISION**
**CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**

*Multi-year conversion from 16" acetates to CD-R, 30 years of conference recordings*

(801) 240-6845

thompsonbg@ldschurch.org



**BONNIE GUREWITSCH, ARCHIVIST**
**MUSEUM OF JEWISH HERITAGE**

*Reformatting with sonic enhancement, 3,500 audio recordings to CD-R*

(914) 725-2011
(413) 229-3618

bgureetitsch@mjhnyc.org

http://www.mjhnyc.org/

**KEN GROSSI, COLLEGE ARCHIVIST**
**OBERLIN COLLEGE**

*Multiple digitization projects, reel-to-reel tapes to gold CD-R Preservation Masters and green CD-R Access copies*

(440) 775-8014

ken.grossi@oberlin.edu

http://www.oberlin.edu/archive/



**REBECCA HOLTE, MANAGER FOR PRESERVATION REFORMATTING AND FIELD SERVICES**

*Multiple projects digitizing audio reels and cassettes to multiple formats, extensive metadata, delivery on HDD and LTO*

(212) 920-0623

rebeccaholte@nypl.org



**SHULAMITH BERGER, CURATOR OF SPECIAL COLLECTIONS**
**YESHIVA UNIVERSITY**

*Digitize reels, cassettes and discs to gold CD-R Preservation Masters and green CD-R Access copies and MP3s*

archives@yu.edu

https://www.yu.edu/



**EDWARD GALLOWAY, HEAD, ULS ARCHIVES SERVICE CENTER**
**UNIVERSITY OF PITTSBURGH**

*Digitize and sonically enhance 2,400 oral histories to 96/24 masters with embedded metadata, mp3s with ID3 tags, and external SMIL files for playback*

(412) 244-7524

edwardg@pitt.edu

http://www.library.pitt.edu/libraries/archives/archives.html

http://digital.library.pitt.edu/n/ncjw/



**DR. BRUCE RAEBURN, CURATOR**
**TULANE UNIVERSITY LIBRARY, HOGAN JAZZ ARCHIVE**

*Digitize 1,368 oral history interviews with personas integral to the development of jazz music in the United States*

(504) 865-5688

raeburn@tulane.edu

http://library.tulane.edu/



**MICHELLE OSWELL, DIRECTOR OF MUSIC LIBRARY INFORMATION RESOURCES**
**CURTIS INSTITUTE OF MUSIC**

*Climate Controlled Storage for their recital archives*
*Digitize/reformat recital archives, ongoing conversion of 6,000 hours of disc, reels, cassette, DAT and PCM-F1 recordings*

(215) 717-3121



**JANET GERTZ, DIRECTOR FOR PRESERVATION**
**COLUMBIA UNIVERSITY LIBRARY**

*Multiple projects: Digitize/reformat from analog reel-to-reel tapes, cassettes, and discs, DATs and MiniDiscs to 96/24 on HDD for Preservation; 44/16 for Access, custom metadata METS in XML*

(212) 854-1332

preservation@columbia.edu

http://www.columbia.edu/cu/lweb/services/preservation/index.html



**MARIA DEWEERDT, LEAD ARCHIVIST**
**OREGON SHAKESPEARE FESTIVAL**

*Digitize performance archive from reels and 1" video to digital files, CD/DVD Access Copies and MP3/H.264 web files*

(541) 482-2111 x243

mariad@osfashland.org

http://www.osfashland.org/



**VERMONT FOLKLIFE CENTER**
**ANDY KOLOVOS, ARCHIVIST/FOLKLORIST**

*Digitize reels, cassettes to digital files*

(802) 388-4964

akolovos@vermontfolklifecenter.org

http://www.vermontfolklifecenter.org/archive/


Captured by FireShot Pro: 13 November 2023, 10:42:28
https://getfireshot.com

Page 6
References — George Blood
https://www.georgeblood.com/references



PACIFICA RADIO ARCHIVES
ADI GEVINS

Reformat from ¼" analog radio programs with politically and socially significant guests

Provide CD-R audio preservation master and access copies

Enhance audio as needed to enable repurposing on demand

(800) 735-0230

https://www.pacificaradioarchives.org/



GEORGE BLOOD LP, 502 WEST OFFICE CENTER DRIVE, FORT WASHINGTON, PA, 19034   (215) 248-2100