# EXHIBIT 7

*UMG Recordings, Inc. et al. v. Internet Archive et al.*
23-cv-7133 (LGS) (S.D.N.Y.)

Page 1
About Us — George Blood
https://www.georgeblood.com/projects



# ABOUT US

## What We Do

**PROJECTS**
COMMITMENT
STANDARDS
OUR GEAR
PROCESS
PROCESS TOUR

### HERE ARE JUST A FEW EXAMPLES OF EXCITING PROJECTS GEORGE BLOOD AND STAFF HAVE BEEN HONORED TO BE INVOLVED WITH:



SWARTHMORE COLLEGE PEACE COLLECTION

This National Endowment for the Humanities funded project has made over 600 digital files featuring American women's work for peace and justice available online. George Blood LP digitized the audio reels, U-Matic, MiniDV, 8mm and 16mm film reels that feature notable Civil Rights activist Coretta Scott King, and U.S. Nobel Peace Prize winner Jane Addams.

Check out these important recordings here.



From late 2018 through 2019 we were proud to work with the American Archive of Public Broadcasting in their Transcribe to Digitize Challenge.

We, at George Blood LP, digitized one tape for every full transcript that was corrected on the American Archive website. There were 551 corrected transcripts and we digitized 551 tapes for FREE making them available for public access and fully preserved.

For more information, visit the project page, or see the follow-up blog post!



## THE PEABODY INSTITUTE: JEAN EICHELBERGER IVEY PROJECT

Jean Eichelberger Ivey (1923-2010) was a composer, pianist, electronic musician, professor, and the founder of the Peabody Conservatory Electronic Music Studio, which she directed from 1969 until her retirement from Peabody in 1997. The collection contains recordings of Ivey's compositions, her performances as a concert pianist, various lectures and interviews, and other electronic music by her students and peers. Also included are concerts by the Peabody Computer Music Consort and Peabody Electronic Music Studio. George Blood LP digitized these recording via the Recordings at Risk grant.



## THE GREAT 78 PROJECT

The Great 78 Project is a community project for the preservation, research and discovery of 78rpm records. From 1898 up through the 1950s, an estimated three million sides (~3 minute recordings) were made on 78rpm discs. While the commercially viable recordings will have been restored or remastered onto LPs or CD, there is still research value in the artifacts and usage evidence in the often rare 78rpm discs and recordings.

Page 4
About Us — George Blood
https://www.georgeblood.com/projects





## THE ARK ARCHIVE

For decades, The Ark in Ann Arbor, Michigan drew fans of the late-stage folk revival music scene to their frequent, intimate concerts. The collection of photographs, programs, flyers, and magnetic tape recordings surrounding the concerts are now part of the Bentley Historical Library at the University of Michigan. George Blood LP has helped to digitize the reel-to-reel recordings of the many acts that played in the cherished Ark's living room.



## PACIFICA RADIO ARCHIVES/NHPRC/NATIONAL ARCHIVES: "AMERICAN WOMEN MAKING HISTORY AND CULTURE: 1963-1982"

American Women Making History and Culture: 1963-1982 is a collection of 2,024 recordings from all five Pacifica Radio sister stations - KPFA-FM Berkeley, KPFK-FM Los Angeles, WBAI-FM New York City, KPFT-FM Houston, and WPFW-Washington, D.C. - highlighting both Pacifica's contributions to the women's movement; as well as women's unique contributions to Pacifica Radio programming from 1963-1982.

## THE PARK AVENUE SYNAGOGUE ARCHIVES WEBSITE HAS LAUNCHED

Since 2013, George Blood LP has been working with Park Avenue Synagogue to digitize their audio archives. These archives consist of open-reel audio recordings of nearly every sermon, musical service, and special event from 1954 to 2004! At George Blood LP we have meticulously digitized these reels, making sure that the pitch of the musical performances is accurate- which is no small feat. Visit the Synagogue's archive here to listen to some of these fabulous recordings!

GEORGE BLOOD LP, 502 WEST OFFICE CENTER DRIVE, FORT WASHINGTON, PA, 19034 (215) 248-2100



