Alli Stillman
Direct Dial: +1.212.906.1747
alli.stillman@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

November 21, 2023

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *UMG Recordings, Inc., et al. v. Internet Archive, et al.*, No. 1:23-cv-7133-LGS
    <u>Letter Motion Regarding Oral Argument</u>

Dear Judge Schofield:

  On behalf of Defendants Internet Archive, Brewster Kahle, George Blood, and George Blood L.P., I write pursuant to Section III.B.6 of Your Honor's Individual Rules and Procedures for Civil Cases to request that oral argument be held with respect to Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a).

  We appreciate the Court's consideration of this request.

            Respectfully submitted,

            */s/ Allison L. Stillman*
            Allison L. Stillman
            of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)